# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANK RODAS<br>530 Butler Street<br>Avenel, New Jersey 07001<br><br>        Plaintiff<br><br>v.<br><br>CLARION RESORT FOUNTAINEBLEAU HOTEL<br>10100 Coastal Highway<br>Ocean City, Maryland 21842<br><br>SERVE:  Fountainebleau Corporation<br>            10100 Coastal Highway<br>            Ocean City, MD 21842<br><br>    And<br><br>MARIGOT BEACH CONDOS, LLC<br>a/k/a Marigot Beach Condo Limited Partnership<br>10100 Coastal Highway<br>Ocean City, Maryland 21842<br><br>SERVE:  Guy R. Ayres, III<br>            5200-B Coastal Highway<br>            Ocean City, MD 21842<br><br>    And<br><br>LPB INVESTMENTS, LLC<br>113 Old Landing Road<br>Ocean City, Maryland 21842<br><br>SERVE:  Leonard P. Berger<br>            113 Old Landing Road<br>            Ocean City, MD 21842<br><br>    And | Civil Action No: |

| | |
|---|---|
| HEI HOSPITALITY, LLC<br>c/o HEI Hotels & Resorts<br>101 Merritt 7, 1st Floor<br>Norwalk, CT 06851<br><br>SERVE:  Corporation Service Company<br>            Goodwin Square<br>            225 Asylum Street, 20th Floor<br>            Hartford, CT 06103<br><br>       And<br><br>OCEAN CITY FOUNTAINEBLEAU RESORT<br>**OWNED BY:**<br><br>MPV OCMD OPERATOR, LLC<br>10100 Coastal Highway<br>Ocean City, Maryland 21842<br><br>SERVE:  Thomas K. Coates<br>            6200 Coastal Highway, Suite 300<br>            Ocean City, MD 21842<br><br>                    Defendants | |

## **COMPLAINT AND ELECTION FOR JURY TRIAL**

Plaintiff, Frank Rodas, by his attorneys, Paul D. Bekman and Bekman, Marder, Hopper, Malarkey & Perlin, LLC, sue Defendants, Clarion Resort Fountainebleau Hotel, Marigot Beach Condos, LLC a/k/a Marigot Beach Condo Limited Partnership, LPB Investments, LLC, HEI Hospitality, LLC, Ocean City Fountainebleau Resort, and MPV OCMD Operator, LLC, and states:

### **Parties**

1.      Plaintiff, Frank Rodas, is an adult and, at all relevant times hereto, a resident of Avenel, New Jersey.

2. Defendant, Clarion Resort Fountainebleau Hotel is a Maryland corporation that carries on a regular business throughout the State of Maryland, including Worcester County, Maryland.

3. Defendant, Marigot Beach Condos, LLC is a Maryland corporation that carries on a regular business throughout the State of Maryland, including Worcester County, Maryland.

4. Defendant, LPB Investments, LLC, is a Maryland corporation that carries on a regular business throughout the State of Maryland, including Worcester County, Maryland.

5. Defendant, HEI Hospitality, LLC, is a Delaware corporation that carries on a regular business throughout the State of Maryland, including Worcester County, Maryland.

6. Defendant, Ocean City Fountainebleau Resort is owned by Defendant, MPV OCMD Operator, LLC, and which carries on a regular business throughout the State of Maryland, including Worcester County, Maryland.

7. Defendant, MPV OCMD Operator, LLC, is a Maryland corporation that carries on a regular business throughout the State of Maryland, including Worcester County, Maryland.

8. There exists diversity of citizenship between the parties, and jurisdiction is based upon 28 U.S.C., § 1332.

**Factual Background**

9. On or about June 29, 2020, the Plaintiff, Frank Rodas, was a guest at the Clarion Resort Fountainebleau Hotel n/k/a Ocean City Fountainebleau Resort in Ocean City, Maryland. The bathtub in the room was slippery, dirty, and dangerous. Plaintiff stepped into the shower of his hotel room, and immediately slipped forward, fell backward, jammed his left foot into the drain, then fell between the tub and toilet, striking his head on the wall. There were no safety strips, non-skip strips or bathmat in the tub.

10. The Defendants, Clarion Resort Fountainebleau Hotel, Marigot Beach Condos, LLC, LPB Investments, LLC, HEI Hospitality, LLC, Ocean City Fountainebleau Resort and MPV OCMD Operator, LLC, owned, maintained, and/or managed the hotel at issue, including the bathtub where the fall occurred.

11. The Defendants were negligent and careless with respect to the aforesaid occurrence in that they:

    a) failed to inspect the bathtub;

    b) failed to maintain the bathtub free from defects;

    c) failed to provide safety strips, non-skid strips or a bath mat in the tub;

    d) failed to warn Plaintiff of the defective condition of the bathtub;

    e) failed to provide a safe and adequate bathtub; and

    f) was otherwise careless and negligent.

12. As a direct and proximate result of the aforesaid carelessness and negligence of the Defendants, the Plaintiff, Frank Rodas, suffered serious and permanent injuries and severe mental anguish and emotional pain and suffering; whereby he was obliged to receive medical treatment for which expenses were and will continue to be incurred in the future; and was and will be in the future prevented from engaging in his employment, activities and pursuits and was otherwise injured and damaged.

13. Plaintiff says that all of the injuries and damages were caused solely by the actions or omissions of the Defendants, without any negligence on the part of the Plaintiff thereunto contributing.

WHEREFORE, the Plaintiff, Frank Rodas, claims damages in an amount exceeding $75,000.00 against the Defendants, Clarion Resort Fountainebleau Hotel, Marigot Beach Condos, LLC a/k/a Marigot Beach Condo Limited Partnership, LPB Investments, LLC, HEI Hospitality, LLC, Ocean City Fountainebleau Resort, and MPV OCMD Operator, LLC, to be determined by a jury, with all interest and costs to be paid by the Defendants.

*(signature)*

PAUL D. BEKMAN (Federal Bar No. 00019)
bekman@mdtrialfirm.com
BEKMAN, MARDER, HOPPER,
  MALARKEY AND PERLIN, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
410-539-6633

*Attorneys for Plaintiff*